[No. 44355-1-I.     Division One.     April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AMIR SHABAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06897-0, Norma Smith Huggins, J., entered March 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45071-9-I.     Division One.     April 17, 2000.]

FUTURE SHOP, INC., *Appellant*, v. BRUCE M. BLUME, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16034-7, Larry Jordan, J., entered July 28, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44646-1-I.     Division One.     April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04929-6, John M. Darrah, J., entered May 10, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 44884-6-I.     Division One.     April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL LEE FORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02619-1, Ronald Kessler, J. Pro Tem., entered June 21, 1999. *Affirmed* by unpublished per curiam opinion.